# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| CHAD WILLIAM GRANDA ) | |
| SS # XXX-XX-6649 ) | Case No. 10-41470-HRT |
| ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| _____ ) | |
| ) | |
| JEFFREY BREWER and JULIE BREWER ) | Adversary Proceeding No. |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CHAD WILLIAM GRANDA ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

Plaintiffs Jeffrey Brewer and Julie Brewer, creditors and parties in interest, through their counsel, Edwards & Taylor, LLC, and for their Complaint against Chad William Granda, state and allege as follows:

### JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 1334(b).

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(I).

3. Venue in this district is proper under 28 U.S.C. § 1409(a).

4. This adversary proceeding is commenced pursuant to Fed.R.Bankr.P Rules 7001(1) and 7001(6).

1

## GENERAL ALLEGATIONS

5. Plaintiffs Jeffrey Brewer and Julie Brewer ("Plaintiff Brewer") are individuals with a residential address of 14140 Kahler Place, Broomfield, CO 80023.

6. At all times relevant, Granda Renovations, LLC ("Granda") was a Colorado Limited Liability Company with a principal place of business at 475 Franklin Street, Denver, CO 80218.

7. At all times relevant Chad William Granda ("Debtor") was the registered agent and believed to be a shareholder, officer and/or director of Granda Renovations, LLC.

8. The Debtor filed for relief under Chapter 7 of the Bankruptcy Code on December 17, 2010 (the "Petition Date").

9. Plaintiff Brewer is a creditor of the Debtor and a party in interest in the underlying bankruptcy case.

10. On or around September 3, 2010 Plaintiff Brewer entered into a building contract (the "Contract") with Granda for a basement renovation and other miscellaneous work to be performed on Plaintiff Brewer's home located at 14141 Kahler Place, Broomfield, Colorado 80023 (the "Project").

11. The Contract amount was $29,300.00 which included labor and materials.

12. Under the terms of the Contract, Plaintiff Brewer was to pay Defendant $14,650.00 prior to scheduling work, $8,790.00 at the passing of rough inspections, and the $5,860.00 balance was due at the passing of final inspections.

13. Plaintiff Brewer paid Granda the $14,650.00 payment and the $8,790.00 payment for a total payment to Granda of $23,440.00.

14. Granda failed to complete the Project.

15. Upon information and belief, Granda failed to pay several subcontractors, laborers and material suppliers that supplied services and materials to the Project.

16. As a result of Granda's failure to pay subcontractors, laborers, and material suppliers, Plaintiff Brewer has received several demands for payment from subcontractors including threats of recording mechanics' liens against the Property.

## CLAIM FOR RELIEF
**(Determination of Dischargeability – 11 U.S.C. § 523(a)(4); Statutory Trust Fund Violation)**

17.     Plaintiff Brewer incorporates by this reference the statements and allegations of Paragraphs 1 through 16 as though more fully set forth in this claim for relief.

18.     Colorado's mechanic's lien trust fund statute, C.R.S. § 38-22-127(1), provides that "[a]ll funds disbursed to any contractor or subcontractor . . . on any construction project shall be held in trust for the payment of the subcontractors, laborer or material suppliers, or laborers who have furnished laborers, materials, services, or labor, who have a lien, or may have a lien, against the property . . . for which such disbursement was made."

19.     Property owners may assert claims against contractors that accept payment on a project but fail to perform the work on the project. *J.M. Magnum v. Siegfried (in re Siegfried),* 5 Fed.Appx. 856 (10th Cir. 2001).

20.     Plaintiff Brewer is the owner of the Property.

21.     Plaintiff Brewer disbursed funds of $23,440.00 subject to the trust obligations of C.R.S. § 38-22-127 to Granda.

22.     The Debtor and Granda violated their statutory duties under C.R.S. § 38-22-127 by failing to pay trust funds disbursed to Granda and/or the Debtor and by failing to complete the work on the Project.

23.     The Debtor is personally liable for the trust fund violation because he controlled Granda's finances and made Granda's financial decisions.

24.     The Debtor is indebted to Plaintiff Brewer in an amount to be determined at trial as a result of his trust fund violations alleged in this Complaint.

25.     Plaintiff Brewer seeks a determination that the Debt owed to them is non-dischargeable under 11 U.S.C. § 523(a)(4) which provides that the discharge under 11 U.S.C. § 727 does not discharge an individual debtor from any debt "for fraud or defalcation while acting in a fiduciary capacity, embezzlement, or larceny."

26.     The Debtor committed defalcation while acting in a fiduciary capacity under 11 U.S.C. § 523(a)(4) because he failed to pay trust funds to subcontractors and failed to complete the work on the Project in violation of C.R.S. § 38-22-127 and Colorado case law.

27.     The debt owed by the Debtor to Plaintiff Brewer is nondischargeable.

28.     C.R.S. § 38-22-127(5) provides that "[a]ny person who violates the provisions of subsections (1) and (2) of this section commits theft, as defined in section 18-4-401, C.R.S." Under C.R.S. § 18-4-405, Plaintiff Brewer is entitled to recover three times the amount of their actual damages, plus court costs and reasonable attorneys' fees from the Debtor.

WHEREFORE, Plaintiff Brewer respectfully requests that this Court determine that the debt

owed by the Debtor to Plaintiff Brewer is nondischargeable under 11 U.S.C. § 523(a)(4), enter judgment in Plaintiff Brewer's favor and against the Debtor for the principal amount of the debt to be determined at trial, award treble damages, costs and attorneys' fees as permitted by law, and grant such other and further relief as the Court deems just and proper.

DATED: March 9, 2011.

> EDWARDS & TAYLOR, LLC
>
> /s/ *Timothy R. Franklin*
> _____
> Timothy R. Franklin, No. 40889
> Attorneys for Creditor
> 2851 South Parker Road, Suite 1200
> Aurora, CO 80014
> Telephone: (303) 750-2303
> FAX: (303) 752-0946
> tfranklin@et-law.com